# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE MARK A. BARNETT, JUDGE

| | |
|---|---|
| EREGLI DEMIR VE CELIK FABRIKALARI T.A.S., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| and | ) ) |
| ÇOLAKOĞLU METALURJI A.S. and ÇOLAKOĞLU DIS TICARET A.S. | ) ) ) |
| Consolidated-Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) ) |
| Defendant, | ) ) ) |
| and | ) ) |
| STEEL DYNAMICS, INC., *et al.*, | ) ) ) |
| Defendant-Intervenors. | ) ) |

Consol. Case No. 16-00218

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the Court's final judgment of April 13, 2020.  ECF No. 155.

JOSEPH H. HUNT
Assistant Attorney General

/s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

BRANDON J. CUSTARD
Senior Attorney
Office of the Chief Counsel
  For Trade Enforcement and Compliance
U.S. Department of Commerce


June 10, 2020

/s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel.:  (202) 307-0164
Patricia.mccarthy@usdoj.gov

Attorneys for Defendant United States

APPEAL,CONSOLIDATION,TERMINATED

# U.S. Court of International Trade
## LIVE Database (New York)
## CIT DOCKET FOR CASE #: 1:16-cv-00218-MAB
## Internal Use Only

Eregli Demir ve Celik Fabrikalari T.A.S. v. United
States
**Assigned to:** Mark A. Barnett
**Lead Docket:**
Member case:
    1:16-cv-00232-MAB

**Date Filed:** 10/14/2016
**Jury Demand:** No

**Jurisdiction:**
28USC § 1581(c) Antidumping or Countervailing Duty
Determination(s)

**Date Terminated:** 04/13/2020

**Date Reopened:**

**Category:**
Final Affirmative Determinations: Investigations 19USC
§ 1516a(a)(2)(B)(i)

**Does this action raise an issue of
constitutionality?:** N

**Agency:**
U.S. Department of Commerce

**Product Description:**
Hot-Rolled Steel Flat Products

**Export Country:**
Turkey

**Plaintiff**

| | | |
|---|---|---|
| **Eregli Demir ve Celik Fabrikalari T.A.S.** | represented by | **David L. Simon** |
| | | Law Office of David L. Simon |
| | | 1025 Connecticut Avenue, NW. |
| | | Suite 1000 |
| | | Washington, DC 20036 |
| | | (202) 481-9000 |
| | | Fax: (202) 481-9010 |
| | | Email: dlsimon@dlsimon.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL**
**FILER**
**ATTORNEY IN SEALED GROUP**
*Bar Status: ACTIVE*

**Mark Burton Lehnardt**
Mark B. Lehnardt, Esq.
1025 Connecticut Avenue, NW.
Suite 1012
Washington, DC 20036
(202) 642-4850
Fax: (202) 318-1412
Email:
MarkLehnardtEsq@gmail.com
***TERMINATED: 09/01/2017***
**REGISTERED CONFIDENTIAL**
**FILER**
*Bar Status: ACTIVE*

**Consolidated Plaintiff**
**Colakoglu Dis Ticaret A.S.**          represented by **Matthew Mosher Nolan**
Arent Fox LLP
1717 K Street, NW.
Washington, DC 20006-5344
(202) 857-6013
Fax: (202) 857-6395
Email: matthew.nolan@arentfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL**
**FILER**
**ATTORNEY IN SEALED GROUP**
*Bar Status: ACTIVE*

**Diana Dimitriuc-Quaia**
Arent Fox LLP
1717 K Street, NW.
Washington, DC 20006-5344
(202) 857-6291
Fax: (202) 857-6395
Email: diana.dimitriuc-
quaia@arentfox.com
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL**

*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**John Marshall Gurley**
Arent Fox LLP
1717 K Street, NW.
Washington, DC 20006-5344
(202) 857-6301
Fax: (202) 857-6395
Email: john.gurley@arentfox.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Nancy Aileen Noonan**
Arent Fox LLP
1717 K Street, NW.
Washington, DC 20006-5344
(202) 857-6479
Fax: (202) 857-6395
Email: nancy.noonan@arentfox.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Consolidated Plaintiff**

**Colakoglu Metalurji A.S.**                    represented by **Matthew Mosher Nolan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Diana Dimitriuc-Quaia**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*

*Bar Status: ACTIVE*

**John Marshall Gurley**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER
ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Nancy Aileen Noonan**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER
ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Defendant**

**United States**                    represented by **Patricia Mary McCarthy**
U.S. Department of Justice
Commercial Litigation Branch - Civil
Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0164
Fax: (202) 514-7969
Email: patricia.mccarthy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER
ATTORNEY IN SEALED GROUP***
*Bar Status: ACTIVE*

**Brandon Jerrold Custard**
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade
Enforcement & Compliance
1401 Constitution Avenue, NW.
Room 3622
Washington, DC 20230
(202) 482-1823
Fax: (202) 482-4912

Email: brandon.custard@trade.gov
*ATTORNEY TO BE NOTICED*
**REGISTERED CONFIDENTIAL**
**FILER**
***ATTORNEY IN SEALED GROUP***
**Bar Status: ACTIVE**

**Henry Joseph Loyer**
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade
Enforcement and Compliance
1401 Constitution Avenue, NW.
Room 3627
Washington, DC 20230-0001
(202) 482-3547
Fax: (202) 482-4912
***TERMINATED: 01/06/2017***
**REGISTERED CONFIDENTIAL**
**FILER**
**Bar Status: *INACTIVE***

**Khalil N. Gharbieh**
Of Counsel
U.S. Department of Commerce
Office of Chief Counsel for Trade
Enforcement and Compliance
1401 Constitution Avenue, NW.
Room 4611
Washington, DC 20230-0001
(202) 482-2971
Fax: (202) 501-8045
Email: khalil.gharbieh@trade.gov
***TERMINATED: 03/29/2019***
**REGISTERED CONFIDENTIAL**
**FILER**
**Bar Status: *INACTIVE***

**Renee A. Burbank**
U.S. Department of Justice
Commercial Litigation Branch - Civil
Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0234

Fax: (202) 307-0972
Email: renee.a.burbank@usdoj.gov
*TERMINATED: 06/29/2018*
*Bar Status: INACTIVE*

**Intervenor Defendant**

**Steel Dynamics, Inc.**          represented by **Roger Brian Schagrin**
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email:
rschagrin@schagrinassociates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Christopher Todd Cloutier**
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email:
ccloutier@schagrinassociates.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**David C. Smith , Jr.**
Kelley Drye & Warren, LLP
3050 K Street, NW.
Suite 400
Washington, DC 20007-5108
(202) 719-6010
Fax: (202) 342-8451
Email: davidsmith@kelleydrye.com
*ATTORNEY TO BE NOTICED*

*REGISTERED CONFIDENTIAL
FILER*
*Bar Status: ACTIVE*

**John Winthrop Bohn**
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email: johnwbohn@gmail.com
*TERMINATED: 01/23/2019*
*Bar Status: ACTIVE*

**Jordan Charles Kahn**
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email:
jkahn@schagrinassociates.com
*TERMINATED: 07/14/2017*
*REGISTERED CONFIDENTIAL
FILER*
*Bar Status: ACTIVE*

**Paul Wright Jameson**
Schagrin Associates
900 Seventh Street, NW.
Suite 500
Washington, DC 20001
(202) 223-1700
Fax: (202) 429-2522
Email:
pjameson@schagrinassociates.com
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**<u>Intervenor Defendant</u>**
**SSAB Enterprises LLC**          represented by **Roger Brian Schagrin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Christopher Todd Cloutier**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**David C. Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*Bar Status: ACTIVE*

**John Winthrop Bohn**
(See above for address)
*TERMINATED: 01/23/2019*
*Bar Status: ACTIVE*

**Jordan Charles Kahn**
(See above for address)
*TERMINATED: 07/14/2017*
*REGISTERED CONFIDENTIAL*
*FILER*
*Bar Status: ACTIVE*

**Paul Wright Jameson**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

**Intervenor Defendant**

**AK Steel Corporation**                    represented by **Daniel Lawrence Schneiderman**
King & Spalding, LLP
1700 Pennsylvania Avenue, NW.
Suite 200
Washington, DC 20006-4706
(202) 669-6932
Fax: (202) 737-0500
Email: dschneiderman@kslaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL***
***FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**David C. Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL***
***FILER***
***Bar Status: ACTIVE***

**Stephen Andrew Jones**
King & Spalding, LLP
1700 Pennsylvania Avenue, NW.
Suite 200
Washington, DC 20006-4706
(202) 626-2950
Fax: (202) 626-3737
Email: sajones@kslaw.com
***TERMINATED: 01/15/2020***
***REGISTERED CONFIDENTIAL***
***FILER***
***Bar Status: ACTIVE***

**Intervenor Defendant**

**ArcelorMittal USA LLC**                    represented by   **David C. Smith , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL***
***FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Joshua Rubin Morey**
Kelley Drye & Warren, LLP
3050 K Street, NW.
Suite 400
Washington, DC 20007-5108
(202) 342-8867
Fax: (202) 342-8451
Email: jmorey@kelleydrye.com
*ATTORNEY TO BE NOTICED*

*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Melissa Marie Brewer**
Kelley Drye & Warren, LLP
3050 K Street, NW.
Suite 400
Washington, DC 20007-5108
(202) 342-8807
Fax: (202) 342-8451
Email: mbrewer@kelleydrye.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Paul Charles Rosenthal**
Kelley Drye & Warren, LLP
3050 K Street, NW.
Suite 400
Washington, DC 20007-5108
(202) 342-8485
Fax: (202) 342-8451
Email: prosenthal@kelleydrye.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**R. Alan Luberda**
Kelley Drye & Warren, LLP
3050 K Street, NW.
Suite 400
Washington, DC 20007-5108
(202) 342-8835
Fax: (202) 342-8451
Email: aluberda@kelleydrye.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Intervenor Defendant**

**Nucor Corporation**                    represented by    **Alan Hayden Price**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-3375
Fax: (202) 719-7049
Email: aprice@wiley.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL***
***FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Adam Milan Teslik**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-3483
Fax: (202) 719-7049
Email: ateslik@wiley.law
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL***
***FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Christopher Bright Weld**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-4651
Fax: (202) 719-7049
Email: cweld@wiley.law
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL***
***FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Cynthia Cristina Galvez**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-7256

Fax: (202) 719-7049
Email: cgalvez@wileyrein.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**David C. Smith , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER***
***Bar Status: ACTIVE***

**Derick G. Holt**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-7479
Fax: (202) 719-7049
Email: dholt@wiley.law
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Laura El-Sabaawi**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-7042
Fax: (202) 719-7049
Email: lel-sabaawi@wiley.law
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Maureen Elizabeth Thorson**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-7272

Fax: (202) 719-7049
Email: mthorson@wiley.law
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Stephanie Manaker Bell**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-4384
Fax: (202) 719-7049
Email: sbell@wileyrein.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Tessa Victoria Capeloto**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-7586
Fax: (202) 719-7049
Email: tcapeloto@wileyrein.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Timothy C. Brightbill**
Wiley Rein, LLP
1776 K Street, NW.
Suite 9 East
Washington, DC 20006
(202) 719-3138
Fax: (202) 719-7049
Email: tbrightbill@wiley.law
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL
FILER***
***ATTORNEY IN SEALED GROUP***

*Bar Status: ACTIVE*

**Usha Neelakantan**
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-7209
Fax: (202) 719-7049
Email: trade@wileyrein.com
*TERMINATED: 10/23/2019*
*REGISTERED CONFIDENTIAL
FILER*
*Bar Status: ACTIVE*

**Intervenor Defendant**

| | | |
|---|---|---|
| **United States Steel Corporation** | represented by | **Thomas Martin Beline** |

Cassidy Levy Kent (USA) LLP
900 19th Street, NW.
Suite 400
Washington, DC 20006-2110
(202) 567-2316
Fax: (202) 567-2301
Email: tbeline@cassidylevy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL
FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

**Jeffrey David Gerrish**
Skadden Arps Slate Meagher &
Flom, LLP
1440 New York Avenue, NW.
Washington, DC 20005
(202) 371-7381
Fax: (202) 661-9181
Email: jeffrey.gerrish@skadden.com
*TERMINATED: 03/09/2018*
*REGISTERED CONFIDENTIAL
FILER*
*Bar Status: INACTIVE*

**Luke Anthony Meisner**
Skadden Arps Slate Meagher &
Flom, LLP

1440 New York Avenue, NW.
Washington, DC 20005
(202) 371-7751
Fax: (202) 661-8341
Email: luke.meisner@skadden.com
*TERMINATED: 03/09/2018*
*REGISTERED CONFIDENTIAL*
*FILER*
*Bar Status: ACTIVE*

**Robert E. Lighthizer**
Skadden Arps Slate Meagher &
Flom, LLP
1440 New York Avenue, NW.
Washington, DC 20005
(202) 371-7770
Fax: (202) 661-8225
*TERMINATED: 02/02/2017*
*Bar Status: INACTIVE*

**Sarah E. Shulman**
Cassidy Levy Kent (USA) LLP
900 19th Street, NW.
Suite 400
Washington, DC 20006-2105
(202) 567-2322
Fax: (202) 567-2300
Email: sshulman@cassidylevy.com
*ATTORNEY TO BE NOTICED*
*REGISTERED CONFIDENTIAL*
*FILER*
*ATTORNEY IN SEALED GROUP*
*Bar Status: ACTIVE*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2016 | view1 | Summons . Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Simon, David) (Entered: 10/14/2016) |
| 10/14/2016 | view2 | Form 5 Information Statement . Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Simon, David) (Entered: 10/14/2016) |
| 10/14/2016 | view3 | Form 13 Corporate Disclosure Statement . Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli |

| | | |
|---|---|---|
| | | Demir ve Celik Fabrikalari T.A.S.. (Simon, David) (Entered: 10/14/2016) |
| 10/14/2016 | view4 | Form 17 Business Proprietary Information Certification filed on behalf of *David L. Simon as Attorney*. Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Simon, David) (Entered: 10/14/2016) |
| 10/17/2016 | view5 | Summons served by Clerk's Office upon Plaintiff and appropriate Government Agency/Agencies . (Benbow, Troy) (Entered: 10/17/2016) |
| 11/09/2016 | view6 | Consent Motion to alter/amend/correct *summons, form 13 and form 17*. Responses due by 11/28/2016. Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Attachments: # 1 Summons, # 2 Form 13, # 3 Form 17)(Simon, David) (Entered: 11/09/2016) |
| 11/09/2016 | 🔒 view | (Court only) Documents have been submitted to chambers. *Consent Motion to Amend Summons* (related document(s) 6 ). Documents are Non-Dispositive. Action required by 12/9/2016. (Goell, Geoffrey) (Entered: 11/09/2016) |
| 11/10/2016 | view7 | Order entered on 11/10/2016 granting Motion to amend summons, form 13 and form 17(Related Doc # 6 ). (Goell, Geoffrey). (Entered: 11/10/2016) |
| 11/10/2016 | view8 | Amended Summons *deemed filed*. Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Goell, Geoffrey) (Entered: 11/10/2016) |
| 11/10/2016 | view9 | Amended Form 13 Corporate Disclosure Statement . Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Goell, Geoffrey) (Entered: 11/10/2016) |
| 11/10/2016 | view10 | Amended Form 17 Business Proprietary Information Certification filed on behalf of *David L. Simon as Attorney*. Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Goell, Geoffrey) (Entered: 11/10/2016) |
| 11/11/2016 | view11 | Complaint against United States. Administrative Record due by 12/27/2016. Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S..(Simon, David) (Entered: 11/11/2016) |

| 11/14/2016 | view12 | Form 11 Notice of Appearance . Filed by Renee A. Burbank of U.S. Department of Justice on behalf of United States.(Burbank, Renee) (Entered: 11/14/2016) |
|---|---|---|
| 11/15/2016 | 🔒 view | (Court only) Action on documents submitted to chambers has been accomplished. *order issued* (related document(s) 7 ). (Goell, Geoffrey) (Entered: 11/15/2016) |
| 11/16/2016 | view13 | Form 11 Notice of Appearance . Filed by Henry Joseph Loyer of U.S. Department of Commerce on behalf of United States.(Loyer, Henry) (Entered: 11/16/2016) |
| 11/18/2016 | view14 | Consent Motion to Intervene as Defendant intervenor . Responses due by 12/7/2016. Filed by Roger Brian Schagrin of Schagrin Associates on behalf of Steel Dynamics, Inc., SSAB Enterprises LLC. (Attachments: # 1 Proposed Order For Leave to Intervene)(Schagrin, Roger) (Entered: 11/18/2016) |
| 11/18/2016 | view15 | Form 11 Notice of Appearance *for Roger Schagrin, Paul Jameson, John Bohn, Jordan Kahn and Christopher Cloutier*. Filed by Roger Brian Schagrin of Schagrin Associates on behalf of SSAB Enterprises LLC, Steel Dynamics, Inc..(Schagrin, Roger) (Entered: 11/18/2016) |
| 11/18/2016 | view16 | Form 13 Corporate Disclosure Statement *for Steel Dynamics, Inc.*. Filed by Roger Brian Schagrin of Schagrin Associates on behalf of Steel Dynamics, Inc.. (Schagrin, Roger) (Entered: 11/18/2016) |
| 11/18/2016 | view17 | Form 13 Corporate Disclosure Statement *for SSAB Enterprises LLC*. Filed by Roger Brian Schagrin of Schagrin Associates on behalf of SSAB Enterprises LLC. (Schagrin, Roger) (Entered: 11/18/2016) |
| 11/18/2016 | view18 | Form 17 Business Proprietary Information Certification filed on behalf of *Roger Schagrin, Paul Jameson, John Bohn, Jordan Kahn, Christopher Cloutier and Michael Panfeld*. Filed by Roger Brian Schagrin of Schagrin Associates on behalf of SSAB Enterprises LLC, Steel Dynamics, Inc.. (Schagrin, Roger) (Entered: 11/18/2016) |
| 11/21/2016 | view19 | Order entered on 11/21/2016, granting Steel Dynamics, Inc. and SSAB Enterprises, LLC Consent Motion to intervene as defendant-intervenors. (Related Doc # 14 ) (Goell, Geoffrey) (Entered: 11/21/2016) |
| 11/30/2016 | view20 | Consent Motion to Intervene as Defendant intervenor *AK Steel Corporation*. Responses due by 12/19/2016. Filed by Stephen Andrew Jones of King & Spalding, LLP on behalf of |

| | | AK Steel Corporation.(Jones, Stephen). (Entered: 11/30/2016) |
|---|---|---|
| 11/30/2016 | view21 | Form 11 Notice of Appearance *on behalf of Stephen Jones and Daniel Schneiderman*. Filed by Stephen Andrew Jones of King & Spalding, LLP on behalf of AK Steel Corporation. (Attachments: # 1 Notice Schneiderman)(Jones, Stephen) (Entered: 11/30/2016) |
| 11/30/2016 | view22 | Form 13 Corporate Disclosure Statement *on behalf of AK Steel Corporation*. Filed by Stephen Andrew Jones of King & Spalding, LLP on behalf of AK Steel Corporation. (Jones, Stephen) (Entered: 11/30/2016) |
| 11/30/2016 | view23 | Form 17 Business Proprietary Information Certification filed on behalf of *Stephen Jones, Daniel Schneiderman, and Karen Dunlap*. Filed by Stephen Andrew Jones of King & Spalding, LLP on behalf of AK Steel Corporation. (Attachments: # 1 Form 17 Schneiderman, # 2 Form 17 Dunlap)(Jones, Stephen) (Entered: 11/30/2016) |
| 12/01/2016 | view24 | Consent Motion to Intervene as defendant intervenor *as of Right*. Responses due by 12/20/2016. Filed by David C. Smith, Jr of Kelley Drye & Warren, LLP on behalf of ArcelorMittal USA LLC.(Smith, David) (Entered: 12/01/2016) |
| 12/01/2016 | view25 | Form 11 Notice of Appearance . Filed by David C. Smith, Jr of Kelley Drye & Warren, LLP on behalf of ArcelorMittal USA LLC.(Smith, David) (Entered: 12/01/2016) |
| 12/01/2016 | view26 | Form 13 Corporate Disclosure Statement . Filed by David C. Smith, Jr of Kelley Drye & Warren, LLP on behalf of ArcelorMittal USA LLC. (Smith, David) (Entered: 12/01/2016) |
| 12/01/2016 | view27 | Form 17 Business Proprietary Information Certification filed on behalf of *David C. Smith, Joshua R. Morey, Melissa M. Brewer, Paul C. Rosenthal & R. Alan Luberda as Attorneys*. Filed by David C. Smith, Jr of Kelley Drye & Warren, LLP on behalf of ArcelorMittal USA LLC. (Smith, David) (Entered: 12/01/2016) |
| 12/05/2016 | view28 | Order entered on 12/5/2016, granting AK Steel Corporation Consent Motion to intervene as a defendant-intervenor. (Related Doc # 20 ) (Goell, Geoffrey) (Entered: 12/05/2016) |
| 12/05/2016 | view29 | Order entered on 12/5/2016, granting ArcelorMittal USA LLC, Consent Motion to Intervene as a defendant-intervenor. (Related Doc # 24 ) (Goell, Geoffrey) (Entered: 12/05/2016) |

| | | |
|---|---|---|
| 12/12/2016 | view30 | Consent Motion to Intervene as defendant intervenor *as a matter of right*. Responses due by 1/3/2017. Filed by Alan Hayden Price of Wiley Rein, LLP on behalf of Nucor Corporation.(Price, Alan) (Entered: 12/12/2016) |
| 12/12/2016 | view31 | Form 13 Corporate Disclosure Statement . Filed by Alan Hayden Price of Wiley Rein, LLP on behalf of Nucor Corporation. (Price, Alan) (Entered: 12/12/2016) |
| 12/12/2016 | view32 | Form 11 Notice of Appearance *for Alan H. Price, Timothy C. Brightbill, Christopher B. Weld, Maureen E. Thorson, Laura El-Sabaawi, Usha Neelakantan, Derick Holt, Tessa Capeloto, Cynthia Galvez, Stephanie M. Bell, and Adam Teslik*. Filed by Alan Hayden Price of Wiley Rein, LLP on behalf of Nucor Corporation.(Price, Alan) (Entered: 12/12/2016) |
| 12/12/2016 | view33 | Form 17 Business Proprietary Information Certification filed on behalf of *for Alan H. Price, Timothy C. Brightbill, Christopher B. Weld, Maureen E. Thorson, Laura El-Sabaawi, Usha Neelakantan, Derick Holt, Tessa Capeloto, Cynthia Galvez, Stephanie M. Bell, and Adam Teslik*. Filed by Alan Hayden Price of Wiley Rein, LLP on behalf of Nucor Corporation. (Price, Alan) (Entered: 12/12/2016) |
| 12/12/2016 | view34 | Consent Motion to Intervene as defendant intervenor . Responses due by 1/3/2017. Filed by Jeffrey David Gerrish of Skadden Arps Slate Meagher & Flom, LLP on behalf of United States Steel Corporation.(Gerrish, Jeffrey) (Entered: 12/12/2016) |
| 12/12/2016 | view35 | Form 11 Notice of Appearance . Filed by Jeffrey David Gerrish of Skadden Arps Slate Meagher & Flom, LLP on behalf of United States Steel Corporation.(Gerrish, Jeffrey) (Entered: 12/12/2016) |
| 12/12/2016 | view36 | Form 13 Corporate Disclosure Statement . Filed by Jeffrey David Gerrish of Skadden Arps Slate Meagher & Flom, LLP on behalf of United States Steel Corporation. (Gerrish, Jeffrey) (Entered: 12/12/2016) |
| 12/12/2016 | view37 | Form 17 Business Proprietary Information Certification filed on behalf of *Robert E. Lighthizer, Jeffrey D. Gerrish, James C. Hecht, Nathaniel B. Bolin, Luke A. Meisner, Nicholas A. Klein, Pamela A. Marcus, and David J. Albright*. Filed by Jeffrey David Gerrish of Skadden Arps Slate Meagher & Flom, LLP on behalf of United States Steel Corporation. (Gerrish, Jeffrey) (Entered: 12/12/2016) |

| | | |
|---|---|---|
| 12/14/2016 | view38 | Order entered on 12/14/2016 granting Consent Motion to intervene as defendant-intervenor (Related Doc # 30 ).. (Goell, Geoffrey) (Entered: 12/14/2016) |
| 12/14/2016 | view39 | Order entered on 12/14/2016 granting Consent Motion to intervene as defendant-intervenor (Related Doc # 34 ).. (Goell, Geoffrey) (Entered: 12/14/2016) |
| 12/15/2016 | view40 | Order entered on 12/15/2016 assigning action to Judge Mark A. Barnett.(Demb, Rebecca) (Entered: 12/15/2016) |
| 12/21/2016 | view41 | Administrative Record Index for U.S. Department of Commerce filed . Filed by Henry Joseph Loyer of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Final FR Notice, # 2 Correcting FR Notice, # 3 IDM, # 4 Public Index, # 5 BPI Index, # 6 Declaration of Alexander Cipolla)(Loyer, Henry) (Entered: 12/21/2016) |
| 01/06/2017 | view42 | Form 18A Notification of Termination of Government Attorney Access to Business Proprietary Information on behalf of *Henry J. Loyer*. Filed by Henry Joseph Loyer of U.S. Department of Commerce on behalf of United States. (Loyer, Henry) (Entered: 01/06/2017) |
| 01/12/2017 | view43 | . Telephone Conference set for 1/18/2017 11:00 AM. (Demb, Rebecca) (Entered: 01/12/2017) |
| 01/18/2017 | view44 | Form 11 Notice of Appearance . Filed by Khalil N. Gharbieh of U.S. Department of Commerce on behalf of United States.(Gharbieh, Khalil) (Entered: 01/18/2017) |
| 01/18/2017 | view45 | Order entered on 1/18/2017 Order: Court Numbers 16-00218 and 16-00232 are consolidated under this lead case..(Demb, Rebecca) (Entered: 01/18/2017) |
| 01/18/2017 | view46 | Rule 56.2 Notice. *Parties shall confer and file, via CM/ECF, no later than January 24, 2017, a Joint Status Report and an agreed upon proposed briefing schedule. In the event the parties are unable to agree, each party shall file a status report and a proposed briefing schedule no later than January 24, 2017. Counsel shall then call the Court by January 25, 2017, to schedule a conference with Chambers to resolve the matters in dispute...* (Demb, Rebecca) (Entered: 01/18/2017) |
| 01/24/2017 | view47 | Joint status report and proposed briefing schedule. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 01/24/2017) |

| | | |
|---|---|---|
| 01/24/2017 | view48 | Order entered on 1/24/2017 Scheduling Order: Dispositive motions, if any, due by 3/21/2017. Deft's Response to Dispositive Motion due by 6/19/2017. Deft-Intrvr's single joint response due by 6/29/2017. Replies due by 7/27/2017. Joint Appendix due by 8/10/2017. Any motion for oral argument due by 8/17/2017..(Demb, Rebecca) (Entered: 01/24/2017) |
| 02/02/2017 | view49 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Robert E. Lighthizer*. Filed by Jeffrey David Gerrish of Skadden Arps Slate Meagher & Flom, LLP on behalf of United States Steel Corporation. (Gerrish, Jeffrey) (Entered: 02/02/2017) |
| 02/05/2017 | view50 | Form 11 Notice of Appearance *of Mark B. Lehnardt*. Filed by Mark Burton Lehnardt of Mark B. Lehnardt, Esq. on behalf of Eregli Demir ve Celik Fabrikalari T.A.S..(Lehnardt, Mark) (Entered: 02/05/2017) |
| 02/06/2017 | view51 | Form 17 Business Proprietary Information Certification filed on behalf of *Mark B. Lehnardt*. Filed by Mark Burton Lehnardt of Mark B. Lehnardt, Esq. on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Lehnardt, Mark) (Entered: 02/06/2017) |
| 03/21/2017 | view52 | Motion for judgment on agency record 56.2 . Response to 56.2 Motion due by Deft 6/19/2017 and by Deft-Intrvrs 6/29/2017. Filed by Mark Burton Lehnardt of Mark B. Lehnardt, Esq. on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order)(Lehnardt, Mark) Modified on 3/21/2017 (Demb, Rebecca). (Entered: 03/21/2017) |
| 03/21/2017 | 🔒 <>view53 | Confidential Motion for judgment on agency record 56.2 , *Brief in Support Thereof and Draft Order*. Response to 56.2 Motion due by Deft 6/19/2017 and by Deft-Intrvrs 6/29/2017. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Attachments: # 1 Brief in Support of 56.2 Motion, # 2 Draft Order) (Nolan, Matthew) Modified on 3/22/2017 (Demb, Rebecca) (Entered: 03/21/2017) |
| 03/22/2017 | view54 | Public Motion for judgment on agency record 56.2 , *brief in support thereof & draft order*. Response to 56.2 Motion due by Deft 6/19/2017 and by Deft-Intrvrs 6/29/2017. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Attachments: # 1 Brief, # 2 Proposed Order) (Nolan, |

| | | |
|---|---|---|
| | | Matthew) Modified on 3/22/2017 (Demb, Rebecca) (Entered: 03/22/2017) |
| 04/05/2017 | view55 | Unopposed Motion for leave to *correct the Public Record index* (related document(s) 41 ). Responses due by 4/24/2017. Filed by Renee A. Burbank of U.S. Department of Justice on behalf of United States.(Burbank, Renee) (Entered: 04/05/2017) |
| 04/05/2017 | view56 | Administrative Record Index for U.S. Department of Commerce filed . Filed by Khalil N. Gharbieh of U.S. Department of Commerce on behalf of United States. (Gharbieh, Khalil) DEEMED FILED AS PER ORDER DATED 4/6/2017. Modified on 4/6/2017 (Demb, Rebecca). (Entered: 04/05/2017) |
| 04/06/2017 | view57 | Order entered on 4/6/2017 granting Motion for leave to file corrected Public Record index. Corrected Public Record index, EFC number 56, deemed filed. (Related Doc # 55 ). (Demb, Rebecca) (Entered: 04/06/2017) |
| 06/07/2017 | view58 | Form 11 Notice of Appearance . Filed by Brandon Jerrold Custard of U.S. Department of Commerce on behalf of United States.(Custard, Brandon) (Entered: 06/07/2017) |
| 06/19/2017 | 🔒 view59 | Confidential Response to motion *for judgment on the agency record* (related document(s) 52 , 54 , 53 ). Reply due by 7/27/2017. Filed by Renee A. Burbank of U.S. Department of Justice on behalf of United States.(Burbank, Renee) Modified on 6/20/2017 (Demb, Rebecca). (Entered: 06/19/2017) |
| 06/19/2017 | view60 | Public Response to motion *for judgment on the agency record* (related document(s) 52 , 54 , 53 ). Reply due by 7/27/2017. Filed by Renee A. Burbank of U.S. Department of Justice on behalf of United States.(Burbank, Renee) Modified on 6/20/2017 (Demb, Rebecca). (Entered: 06/19/2017) |
| 06/29/2017 | 🔒 view61 | Confidential Joint Response *in Opposition* to motion *for Judgment on the Agency Record* (related document(s) 52 , 54 , 53 ). Reply due by 7/27/2017. Filed by Joshua Rubin Morey of Kelley Drye & Warren, LLP on behalf of AK Steel Corporation, ArcelorMittal USA LLC, Nucor Corporation, SSAB Enterprises LLC, Steel Dynamics, Inc., United States Steel Corporation.(Morey, Joshua) Modified on 6/29/2017 (Demb, Rebecca). (Entered: 06/29/2017) |
| 06/30/2017 | view62 | Joint Response *in Opposition* to motion *for Judgment on the Agency Record* (related document(s) 52 , 54 , 53 ). Reply due by 7/27/2017. Filed by Joshua Rubin Morey of Kelley Drye & Warren, LLP on behalf of AK Steel Corporation, |

| | | |
|---|---|---|
| | | ArcelorMittal USA LLC, Nucor Corporation, SSAB Enterprises LLC, Steel Dynamics, Inc., United States Steel Corporation.(Morey, Joshua) Modified on 6/30/2017 (Demb, Rebecca). (Entered: 06/30/2017) |
| 07/14/2017 | view63 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Jordan C. Kahn*. Filed by Roger Brian Schagrin of Schagrin Associates on behalf of SSAB Enterprises LLC, Steel Dynamics, Inc. (Schagrin, Roger) Modified on 7/14/2017 (Demb, Rebecca). (Entered: 07/14/2017) |
| 07/27/2017 | 🔒 view64 | Confidential Reply *Brief of Consolidated-Plaintiffs Colakoglu Metalurji A.S. & Colakoglu Dis Ticaret A.S.* (related document(s) 59 , 61 , 62 , 60 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S..(Nolan, Matthew) (Entered: 07/27/2017) |
| 07/27/2017 | 🔒 view65 | Confidential Reply *Brief of Plaintiff Eregli Demir ve Celik Fabrikalari T.A.S.* (related document(s) 59 , 61 , 62 , 60 ). Filed by Mark Burton Lehnardt of Mark B. Lehnardt, Esq. on behalf of Eregli Demir ve Celik Fabrikalari T.A.S..(Lehnardt, Mark) (Entered: 07/27/2017) |
| 07/27/2017 | view66 | Public Reply *Brief of Plaintiff Eregli Demir ve Celik Fabrikalari T.A.S.* (related document(s) 59 , 61 , 62 , 65 , 60 ). Filed by Mark Burton Lehnardt of Mark B. Lehnardt, Esq. on behalf of Eregli Demir ve Celik Fabrikalari T.A.S..(Lehnardt, Mark) (Entered: 07/27/2017) |
| 07/28/2017 | view67 | Public Reply *Brief of Consolidated Plaintiffs Colakoglu Metalurji A.S. and Colakoglu Dis Ticaret* (related document(s) 59 , 64 , 61 , 62 , 60 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S..(Nolan, Matthew) (Entered: 07/28/2017) |
| 08/10/2017 | view68 | Form 23 Certification of Filing and Service of Physical Exhibit or Item *in connection with the joint appendix*. Filed by Renee A. Burbank of U.S. Department of Justice on behalf of United States. (Burbank, Renee)Received by Court 8/14/2017. Modified on 8/15/2017 (Demb, Rebecca). (Entered: 08/10/2017) |
| 08/10/2017 | 🔒 <>view69 | Confidential Joint Appendix (related document(s) 52 , 59 , 64 , 61 , 53 , 65 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Attachments: # 1 Appendix Tab 16 part 2 - |

| | | |
|---|---|---|
| | | Tab 32 part 1, # 2 Appendix Tab 32 part 2 - Tab 43)(Nolan, Matthew) (Entered: 08/10/2017) |
| 08/10/2017 | view70 | Joint Appendix *Public Version* (related document(s) 67 , 54 , 66 , 60 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 08/10/2017) |
| 08/11/2017 | 🔒 view | (Court only) Documents have been submitted to chambers. *motions for judgment* (related document(s) 54 , 52 , 53 ). (Documents are Dispositive. Action due by 10/10/2017). (Demb, Rebecca) (Entered: 08/11/2017) |
| 08/17/2017 | view71 | Motion for oral argument on *the Briefing*. Responses due by 9/5/2017. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S..(Nolan, Matthew)THIS MOTION HAS BEEN AMENDED SEE EFC 73. Modified on 8/18/2017 (Demb, Rebecca). (Entered: 08/17/2017) |
| 08/17/2017 | view72 | Unopposed Motion for oral argument on Rule 56.2 Motion for Judgment on the Agency Record (related document(s) 48 ). Responses due by 9/5/2017. Filed by Mark Burton Lehnardt of Mark B. Lehnardt, Esq. on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Attachments: # 1 Proposed Order)(Lehnardt, Mark) (Entered: 08/17/2017) |
| 08/18/2017 | 🔒 view | (Court only) Documents have been submitted to chambers. *oral argument* (related document(s) 71 , 72 ). Documents are Non-Dispositive. Action required by 9/18/2017. (Demb, Rebecca) (Entered: 08/18/2017) |
| 08/18/2017 | view73 | Amended Motion for oral argument on 56.2 *Motion for Judgment on the Agency Record* (related document(s) 71 , 54 , 53 ). Responses due by 9/6/2017. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S..(Nolan, Matthew) (Entered: 08/18/2017) |
| 08/29/2017 | view74 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Mark B. Lehnardt*. Filed by Mark Burton Lehnardt of Mark B. Lehnardt, Esq. on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Lehnardt, Mark) (Entered: 08/29/2017) |
| 08/29/2017 | view75 | Motion to withdraw/substitute attorney *Mark B. Lehnardt*. Responses due by 9/18/2017. Filed by Mark Burton Lehnardt of Mark B. Lehnardt, Esq. on behalf of Eregli Demir ve Celik Fabrikalari T.A.S..(Lehnardt, Mark) (Entered: 08/29/2017) |

| | | |
|---|---|---|
| 09/01/2017 | 🔒 view | (Court only) Documents have been submitted to chambers. *Motion to withdraw/substitute attorney* (related document(s) [75] ). Documents are Non-Dispositive. Action required by 10/2/2017. (Demb, Rebecca) (Entered: 09/01/2017) |
| 09/01/2017 | view76 | Order entered on 9/1/2017 granting Motion to withdraw/substitute attorney by Mark B. Lehnardt, Esq. (Related Doc # [75] ). (Demb, Rebecca) (Entered: 09/01/2017) |
| 09/01/2017 | 🔒 view | (Court only) Action on documents submitted to chambers has been accomplished. *order issued re: motion to withdraw* (related document(s) [76] ). (Demb, Rebecca) (Entered: 09/01/2017) |
| 09/19/2017 | view77 | Telephone Conference set for 9/20/2017 09:30 AM in Chambers. (Love, Cynthia) (Entered: 09/19/2017) |
| 09/20/2017 | view78 | Order entered on 9/20/2017, granting Motions for oral argument (Related Doc # [72] ), (Related Doc # [73] ). An oral argument is scheduled for 12/13/2017 11:00 AM in Courtroom No. 1 before Judge Mark A. Barnett. (Love, Cynthia) (Entered: 09/20/2017) |
| 09/20/2017 | 🔒 view | (Court only) Action on documents submitted to chambers has been accomplished. *Order entered on 9/20/2017 granting Motion for oral argument* (related document(s) [78] ). (Love, Cynthia) (Entered: 09/20/2017) |
| 12/08/2017 | view79 | Order entered on 12/8/2017. Re: Questions for oral argument and order to file documents. (Love, Cynthia) (Entered: 12/08/2017) |
| 12/08/2017 | 🔒 view80 | Confidential Supplemental Appendix (related document(s) [79] ). Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Simon, David) (Entered: 12/08/2017) |
| 12/08/2017 | view81 | Public Supplemental Appendix (related document(s) [79] ). Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Simon, David) (Entered: 12/08/2017) |
| 12/11/2017 | 🔒 view82 | Confidential Response to Court's Request/Order *of December 8, 2017, re Supplemental Appendix*. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 12/11/2017) |
| 12/11/2017 | view83 | Response to Court's Request/Order *of December 8, 2017, re: Supplemental Appendix*. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., |

| | | |
|---|---|---|
| | | Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 12/11/2017) |
| 12/13/2017 | view84 | Oral argument held on 12/13/2017 at 11:00 am in courtroom 1. . (Demb, Rebecca) (Entered: 12/13/2017) |
| 01/29/2018 | 🔒 view85 | Confidential Response to Court's Request/Order -*2nd Supplemental Appendix*. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 01/29/2018) |
| 01/29/2018 | view86 | Public Response to Court's Request/Order -*2nd Supplemental Appendix*. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 01/29/2018) |
| 01/30/2018 | 🔒 view | (Court only) Documents have been submitted to chambers. *motions for judgment - supplemental documents filed* (related document(s) 54 , 52 , 53 ). (Documents are Dispositive. Action due by 4/2/2018). (Demb, Rebecca) Modified on 1/30/2018 (Demb, Rebecca). (Entered: 12/13/2017) |
| 03/09/2018 | view87 | Form 11 Notice of Appearance *of Thomas M. Beline*. Filed by Thomas Martin Beline of Cassidy Levy Kent (USA) LLP on behalf of United States Steel Corporation.(Beline, Thomas) (Entered: 03/09/2018) |
| 03/09/2018 | view88 | Form 11 Notice of Appearance *of Sarah E. Shulman*. Filed by Thomas Martin Beline of Cassidy Levy Kent (USA) LLP on behalf of United States Steel Corporation.(Beline, Thomas) (Entered: 03/09/2018) |
| 03/09/2018 | view89 | Form 17 Business Proprietary Information Certification filed on behalf of Thomas M. Beline, Sarah E. Shulman, Myles S. Getlan, Jack A. Levy, Jonathan M. Zielinski as Attorney/Consultant(s) . Filed by Thomas Martin Beline of Cassidy Levy Kent (USA) LLP on behalf of United States Steel Corporation. (Attachments: # 1 Form 17 Sarah E. Shulman, # 2 Form 17 Myles S. Getlan, # 3 Form 17 Jack A. Levy, # 4 Form 17 Jonathan M. Zielinski)(Beline, Thomas) (Entered: 03/09/2018) |
| 03/09/2018 | view90 | Form 12 Substitution of Attorney filed by *Thomas M. Beline* to appear in place of *Jeffrey D. Gerrish*. Filed by Thomas Martin Beline of Cassidy Levy Kent (USA) LLP on behalf of United States Steel Corporation.(Beline, Thomas) (Entered: 03/09/2018) |
| 03/22/2018 | 🔒 view91 | Confidential Order entered on 3/22/2018, Slip opinion: 18-27. Granting in Part and Denying in Part Plaintiffs and |

| | | |
|---|---|---|
| | | Consolidated Plaintiffs Rule 56.2 Motions for Judgment on the Agency Record. (related document(s) <u>52</u> , <u>54</u> , <u>53</u> ) (Love, Cynthia) (Entered: 03/22/2018) |
| 03/22/2018 | 🔒 <u>view</u> | (Court only) Action on documents submitted to chambers has been accomplished. *Confidential Order entered on 3/22/2018, Slip opinion: 18-27.* (related document(s) <u>91</u> ). (Love, Cynthia) (Entered: 03/22/2018) |
| 03/22/2018 | <u>view</u>92 | Letter filed by the Honorable Mark A. Barnett, parties are to inform the court by March 29, 2018 via ECF, whether any information in this opinion currently not designated as confidential should be redacted in the public version. (Love, Cynthia) (Entered: 03/22/2018) |
| 03/24/2018 | <u>view</u>93 | Response to Court's Request/Order *for comments on bracketing in slip opinion 18-27.* Filed by David L. Simon of Law Office of David L. Simon on behalf of Eregli Demir ve Celik Fabrikalari T.A.S.. (Simon, David) (Entered: 03/24/2018) |
| 03/26/2018 | <u>view</u>94 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *United States Steel Corporation.* Filed by Luke Anthony Meisner of Skadden Arps Slate Meagher & Flom, LLP on behalf of United States Steel Corporation. (Meisner, Luke) (Entered: 03/26/2018) |
| 03/26/2018 | <u>view</u>95 | Response to Court's Request/Order *of March 22, 2018.* Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 03/26/2018) |
| 03/27/2018 | <u>view</u>96 | Response to Court's Request/Order *Regarding Braketing of Slip Opinion 18-27.* Filed by David C. Smith, Jr of Kelley Drye & Warren, LLP on behalf of ArcelorMittal USA LLC. (Smith, David) (Entered: 03/27/2018) |
| 03/29/2018 | <u>view</u>97 | Response to Court's Request/Order *regarding bracketing of slip opinion.* Filed by Renee A. Burbank of U.S. Department of Justice on behalf of United States. (Burbank, Renee) (Entered: 03/29/2018) |
| 03/30/2018 | <u>view</u>98 | Order entered on 3/30/2018, Public Version of Confidential Slip Op. 18-27. (related document(s) <u>91</u> ).(Love, Cynthia) (Entered: 03/30/2018) |
| 04/25/2018 | <u>view</u>99 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Karen J. Dunlap.* Filed by Stephen Andrew Jones of King & Spalding, LLP on behalf of AK Steel Corporation. (Jones, Stephen) (Entered: 04/25/2018) |

| | | |
|---|---|---|
| 05/18/2018 | view100 | Form 11 Notice of Appearance . Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States.(McCarthy, Patricia) (Entered: 05/18/2018) |
| 05/30/2018 | view101 | Amended Form 11 Notice of Appearance *Change of Address*. Filed by Thomas Martin Beline of Cassidy Levy Kent (USA) LLP on behalf of United States Steel Corporation.(Beline, Thomas) (Entered: 05/30/2018) |
| 06/14/2018 | view102 | Partial Consent Motion for extension of time until 7/20/2018 to *for Commerce to file remand results* (related document(s) 98 ). Responses due by 7/5/2018. Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States.(McCarthy, Patricia) (Entered: 06/14/2018) |
| 06/14/2018 | view103 | Order entered on 6/14/2018 granting Motion for extension of time (Related Doc # 102 ). Remand Results due by 7/20/2018. (Demb, Rebecca) (Entered: 06/14/2018) |
| 06/29/2018 | view104 | Form 18A Notification of Termination of Government Attorney Access to Business Proprietary Information on behalf of *Renee A. Burbank*. Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States. (McCarthy, Patricia) (Entered: 06/29/2018) |
| 07/20/2018 | 🔒 <>view105 | Confidential Remand results filed by U.S. Department of Commerce . Filed by Brandon Jerrold Custard of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Cover Letter)(Custard, Brandon) Comments in opposition due by 8/20/2018. Comments in support due by 9/19/2018. Joint appendix due by 10/3/2018. Modified on 7/24/2018 (Demb, Rebecca). (Entered: 07/20/2018) |
| 07/20/2018 | view106 | Public Remand results filed by U.S. Department of Commerce . Filed by Brandon Jerrold Custard of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Cover Letter) (Custard, Brandon) (Entered: 07/20/2018) |
| 07/25/2018 | view107 | Administrative Record Index for U.S. Department of Commerce filed . Filed by Brandon Jerrold Custard of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Declaration, # 2 Public Remand Record Index, # 3 BPI Remand Record Index)(Custard, Brandon) (Entered: 07/25/2018) |
| 08/20/2018 | 🔒 view108 | Confidential Comments on remand results (related document(s) 106 , 105 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., |

| | | |
|---|---|---|
| | | Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 08/20/2018) |
| 08/21/2018 | view109 | Public Comments on remand results (related document(s) 106 , 108 , 105 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 08/21/2018) |
| 09/19/2018 | view110 | Comments on remand results . Filed by Joshua Rubin Morey of Kelley Drye & Warren, LLP on behalf of AK Steel Corporation, ArcelorMittal USA LLC, Nucor Corporation, SSAB Enterprises LLC, Steel Dynamics, Inc., United States Steel Corporation. (Morey, Joshua) (Entered: 09/19/2018) |
| 09/19/2018 | view111 | Confidential Reply to comments on remand results (related document(s) 108 ). Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States. (McCarthy, Patricia) (Entered: 09/19/2018) |
| 09/19/2018 | view112 | Reply to comments on remand results (related document(s) 109 ). Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States. (McCarthy, Patricia) (Entered: 09/19/2018) |
| 09/21/2018 | view113 | Form 17 Business Proprietary Information Certification filed on behalf of William J. Horn as Attorney/Consultant(s) . Filed by David C. Smith, Jr of Kelley Drye & Warren, LLP on behalf of ArcelorMittal USA LLC. (Smith, David) (Entered: 09/21/2018) |
| 10/05/2018 | view114 | Consent Motion for leave to file out of time *for an Extension of Time to File Remand Comments & Reply Comments Joint Appendix*. Responses due by 10/26/2018. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S..(Nolan, Matthew) (Entered: 10/05/2018) |
| 10/05/2018 | view | (Court only) Documents have been submitted to chambers. *EOT* (related document(s) 114 ). Documents are Non-Dispositive. Action required by 11/5/2018. (Demb, Rebecca) (Entered: 10/05/2018) |
| 10/05/2018 | view115 | Order entered on 10/5/2018 granting Motion for leave to file out of time (Related Doc # 114 ). Consolidated Plaintiff shall file the Remand Comments Joint Appendix on or before October 10, 2018. (Demb, Rebecca) (Entered: 10/05/2018) |
| 10/05/2018 | view | (Court only) Action on documents submitted to chambers has been accomplished. *order issued* (related document(s) 115 ). (Demb, Rebecca) (Entered: 10/05/2018) |

| 10/10/2018 | 🔒 view116 | Confidential Joint Appendix *on Remand Comments & Reply Comments* (related document(s) 111 , 115 , 110 , 108 , 114 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 10/10/2018) |
| --- | --- | --- |
| 10/10/2018 | view117 | Joint Appendix *(public version) to Comments & Reply Comments on Remand* (related document(s) 112 , 115 , 110 , 109 , 114 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 10/10/2018) |
| 10/12/2018 | 🔒 view | (Court only) Documents have been submitted to chambers. *remand* (related document(s) 105 ). (Documents are Dispositive. Action due by 12/11/2018). (Demb, Rebecca) (Entered: 10/12/2018) |
| 12/27/2018 | 🔒 view118 | Confidential Order entered on 12/27/2018 Slip opinion: 18-180; The U.S. Department of Commerce's Remand Redetermination is remanded with respect to the agency's duty drawback adjustment calculation methodology and sustained with respect to the agency's rejection of international freight corrections. (related document(s) 105 ) Remand Results due by 4/3/2019..(Demb, Rebecca) (Entered: 12/27/2018) |
| 12/27/2018 | view119 | Letter filed by the Court concerning *issuance of public version of confidential Slip Op.*. Response to Court Request/Order due by 1/9/2019. (Demb, Rebecca) (Entered: 12/27/2018) |
| 12/27/2018 | 🔒 view | (Court only) Action on documents submitted to chambers has been accomplished. *slip op issued* (related document(s) 118 ). (Demb, Rebecca) (Entered: 12/27/2018) |
| 01/03/2019 | view120 | Motion to stay *deadline in December 27, 2018 order due to lapse in appropriations*. Responses due by 1/24/2019. Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States.(McCarthy, Patricia) (Entered: 01/03/2019) |
| 01/04/2019 | view121 | Order entered on 1/4/2019 denying Motion to stay. ORDERED that, within 7 days of the restoration of appropriations, the Defendant may draw to the attention of the court any information contained within double brackets and redacted from the public version of the slip opinion that Defendant believes is not entitled to such treatment. (Related Doc # 120 ). (Love, Cynthia) (Entered: 01/04/2019) |

| | | |
|---|---|---|
| 01/07/2019 | view122 | Letter *in Response to Court's December 27, 2018 Letter Concerning Bracketing of Confidential Information*. Filed by Joshua Rubin Morey of Kelley Drye & Warren, LLP on behalf of ArcelorMittal USA LLC. (Morey, Joshua) (Entered: 01/07/2019) |
| 01/07/2019 | view123 | Response to Court's Request/Order *of December 27, 2018 Concerning Bracketing in Confidential Slip Op. 18-180*. Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 01/07/2019) |
| 01/07/2019 | view124 | Order entered on 1/7/2019, Public Slip Op. 18-180. The U.S. Department of Commerce's Remand Redetermination is remanded with respect to the agency's duty drawback adjustment calculation methodology and sustained with respect to the agency's rejection of international freight corrections. Remand Results due by 4/3/2019. (related document(s) 118 ) (Love, Cynthia) (Entered: 01/07/2019) |
| 01/23/2019 | view125 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *John W. Bohn*. Filed by Roger Brian Schagrin of Schagrin Associates on behalf of SSAB Enterprises LLC, Steel Dynamics, Inc.. (Schagrin, Roger) (Entered: 01/23/2019) |
| 01/28/2019 | view126 | Order entered on 1/28/2019 Order: In light of the disruption caused by the partial government shutdown, Defendant will have until 2/4/2019 to draw to the attention of the court any information contained within double brackets and redacted from the public version of the slip opinion that Defendant believes is not entitled to such treatment. (Demb, Rebecca) (Entered: 01/28/2019) |
| 01/30/2019 | view127 | Response to Court's Request/Order *regarding bracketing of confidential information in slip opinion*. Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States. (McCarthy, Patricia) (Entered: 01/30/2019) |
| 03/26/2019 | view128 | Consent Motion for extension of time until 5/3/2019 to *file remand determination* (related document(s) 124 , 118 ). Responses due by 4/16/2019. Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States.(McCarthy, Patricia) (Entered: 03/26/2019) |
| 03/27/2019 | 🔒 view | (Court only) Documents have been submitted to chambers. *EOT* (related document(s) 128 ). Documents are Non-Dispositive. Action required by 4/26/2019. (Demb, Rebecca) (Entered: 03/27/2019) |

| | | |
|---|---|---|
| 03/27/2019 | view129 | Order entered on 3/27/2019 granting Motion for extension of time (Related Doc # 128 ). Remand Results due by 5/3/2019. All subsequent proceedings shall be governed by USCIT Rule 56.2(h). (Demb, Rebecca) (Entered: 03/27/2019) |
| 03/27/2019 | 🔒 view | (Court only) Action on documents submitted to chambers has been accomplished. *order issued* (related document(s) 129 ). (Demb, Rebecca) (Entered: 03/27/2019) |
| 03/29/2019 | view130 | Form 18A Notification of Termination of Government Attorney Access to Business Proprietary Information on behalf of . Filed by Khalil N. Gharbieh of U.S. Department of Commerce on behalf of United States. (Gharbieh, Khalil) (Entered: 03/29/2019) |
| 04/24/2019 | view131 | Partial Consent Motion for extension of time until 6/3/2019 to *file remand redetermination* (related document(s) 124 , 129 ). Responses due by 5/15/2019. Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States.(McCarthy, Patricia) (Entered: 04/24/2019) |
| 04/24/2019 | 🔒 view | (Court only) Documents have been submitted to chambers. *Deft's Partial Consent Motion for extension of time until 6/3/2019 to file remand redetermination.* (related document(s) 131 ). Documents are Non-Dispositive. Action required by 5/24/2019. (Love, Cynthia) (Entered: 04/24/2019) |
| 04/24/2019 | view132 | Order entered on 4/24/2019 granting Motion for extension of time (Related Doc # 131 ). ORDERED that the motion is granted; and it is further ORDERED that Commerce shall file its remand redetermination with the Court no later than June 3, 2019; and it is further ORDERED that Commerce shall afford the parties a reasonable amount of time to comment on the draft remand redetermination; and it is further ORDERED that subsequent proceedings shall be governed by USCIT Rule 56.2(h); and it is further ORDERED that any comments or responsive comments must not exceed 5,000 words. (Love, Cynthia) (Entered: 04/24/2019) |
| 04/24/2019 | 🔒 view | (Court only) Action on documents submitted to chambers has been accomplished. *Order entered on 4/24/2019 granting Motion for extension of time.* (related document(s) 132 ). (Love, Cynthia) (Entered: 04/24/2019) |
| 06/03/2019 | view133 | Remand results filed by U.S. Department of Commerce . Filed by Brandon Jerrold Custard of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Cover Letter) (Custard, Brandon) Comments in opposition due by 7/3/2019. Comments in support due by 8/2/2019. Joint |

| | | |
|---|---|---|
| | | Appendix due by 8/16/2019. Modified on 6/4/2019 (Demb, Rebecca) (Entered: 06/03/2019) |
| 06/14/2019 | view134 | Administrative Record Index for U.S. Department of Commerce filed . Filed by Brandon Jerrold Custard of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Declaration, # 2 Public Record Index, # 3 BPI Record Index)(Custard, Brandon) (Entered: 06/14/2019) |
| 07/03/2019 | view135 | Comments on remand results *(second)* (related document(s) 133 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 07/03/2019) |
| 07/23/2019 | view136 | Consent Motion for extension of time until 8/22/2019 to *file response to comments on remand redetermination* (related document(s) 135 ). Responses due by 8/13/2019. Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States.(McCarthy, Patricia) (Entered: 07/23/2019) |
| 07/23/2019 | 🔒 view | (Court only) Documents have been submitted to chambers. *EOT* (related document(s) 136 ). Documents are Non-Dispositive. Action required by 8/22/2019. (Demb, Rebecca) (Entered: 07/23/2019) |
| 07/23/2019 | view137 | Order entered on 7/23/2019 granting Motion for extension of time (Related Doc # 136 ). Reply on Comments on Remand Results due by 8/22/2019. (Demb, Rebecca) (Entered: 07/23/2019) |
| 07/23/2019 | 🔒 view | (Court only) Action on documents submitted to chambers has been accomplished. *order issued* (related document(s) 137 ). (Demb, Rebecca) (Entered: 07/23/2019) |
| 08/21/2019 | view138 | Reply to comments on remand results *of the United States* (related document(s) 135 ). Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States. (McCarthy, Patricia) (Entered: 08/21/2019) |
| 08/22/2019 | view139 | Comments on remand results *in support of Department's second remand redetermination* (related document(s) 135 , 133 ). Filed by Joshua Rubin Morey of Kelley Drye & Warren, LLP on behalf of ArcelorMittal USA LLC. (Morey, Joshua) (Entered: 08/22/2019) |
| 08/28/2019 | 🔒 view140 | Confidential Joint Appendix *for Second Remand Comments & Reply Comments* (related document(s) 138 , 139 , 135 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 08/28/2019) |

| | | |
|---|---|---|
| 08/28/2019 | view141 | Joint Appendix *(Public Version) for Second Remand Comments & Reply Comments* (related document(s) 138 , 139 , 135 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 08/28/2019) |
| 08/29/2019 | 🔒 view | (Court only) Documents have been submitted to chambers. *remand* (related document(s) 133 ). (Documents are Dispositive. Action due by 10/28/2019). (Demb, Rebecca) (Entered: 08/29/2019) |
| 10/23/2019 | view142 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Usha Neelakantan*. Filed by Alan Hayden Price of Wiley Rein, LLP on behalf of Nucor Corporation. (Price, Alan) (Entered: 10/23/2019) |
| 10/29/2019 | view143 | Order entered on 10/29/2019 Slip opinion: 19-135; The U.S. Department of Commerce's Final Results of Redetermination Pursuant to Second Court Remand are Remanded.(related document(s) 133 ) (Attachments: # 1 Cited Web Page) Remand Results due by 1/27/2020. Subsequent proceedings shall be governed by USCIT Rule 56.2(h). Any comments or responsive comments must not exceed 5,000words..(Demb, Rebecca) (Entered: 10/29/2019) |
| 10/29/2019 | 🔒 view | (Court only) Action on documents submitted to chambers has been accomplished. *Slip Op issued* (related document(s) 143 ). (Demb, Rebecca) (Entered: 10/29/2019) |
| 01/15/2020 | view144 | Form 12 Substitution of Attorney filed by *Daniel L. Schneiderman* to appear in place of *Stephen A. Jones*. Filed by Daniel Lawrence Schneiderman of King & Spalding, LLP on behalf of AK Steel Corporation.(Schneiderman, Daniel) (Entered: 01/15/2020) |
| 01/15/2020 | view145 | Form 12 Substitution of Attorney filed by *Daniel L. Schneiderman* to appear in place of *Stephen A. Jones*. Filed by Daniel Lawrence Schneiderman of King & Spalding, LLP on behalf of AK Steel Corporation.(Schneiderman, Daniel DUPLICATE ENTRY Modified on 1/16/2020 (Demb, Rebecca). (Entered: 01/15/2020) |
| 01/15/2020 | view146 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Stephen A. Jones*. Filed by Daniel Lawrence Schneiderman of King & Spalding, LLP on behalf of AK Steel Corporation. (Schneiderman, Daniel) (Entered: 01/15/2020) |
| 01/15/2020 | view147 | Form 18 Notice of Termination of Access to Business Proprietary Information filed on behalf of *Stephen A. Jones*. |

| | | |
|---|---|---|
| | | Filed by Daniel Lawrence Schneiderman of King & Spalding, LLP on behalf of AK Steel Corporation. (Schneiderman, Daniel) DUPLICATE ENTRY Modified on 1/16/2020 (Demb, Rebecca). (Entered: 01/15/2020) |
| 01/27/2020 | view148 | Remand results filed by U.S. Department of Commerce . Comments on Remand due by 2/26/2020. Filed by Brandon Jerrold Custard of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Final Remand Redetermination)(Custard, Brandon) Modified on 1/27/2020 (Goell, Geoffrey). (Entered: 01/27/2020) |
| 02/06/2020 | view149 | Administrative Record Index for U.S. Department of Commerce filed . Filed by Brandon Jerrold Custard of U.S. Department of Commerce on behalf of United States. (Attachments: # 1 Public Remand Record Index, # 2 BPI Remand Record Index, # 3 Declaration of Alexander Cipolla)(Custard, Brandon) (Entered: 02/06/2020) |
| 02/26/2020 | view150 | Comments on remand results. Reply Comments due by 3/27/2020. (related document(s) 148 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) Modified on 2/26/2020 (Goell, Geoffrey). (Entered: 02/26/2020) |
| 02/26/2020 | view151 | Comments on remand results. Reply Comments due by 3/27/2020. *filed on behalf of Defendant-Intervenors'* (related document(s) 148 ). Filed by David C. Smith, Jr of Kelley Drye & Warren, LLP on behalf of AK Steel Corporation, ArcelorMittal USA LLC, Nucor Corporation, SSAB Enterprises LLC, Steel Dynamics, Inc.. (Smith, David) Modified on 2/27/2020 (Goell, Geoffrey). (Entered: 02/26/2020) |
| 03/25/2020 | view152 | Reply to comments on remand results *filed by defendant United States* (related document(s) 151 , 150 ). Joint Appendix due by 4/8/2020. Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States. (Attachments: # 1 Proposed Order)(McCarthy, Patricia) Modified on 3/25/2020 (Goell, Geoffrey) (Entered: 03/25/2020) |
| 04/08/2020 | view153 | Joint Appendix *to 3rd Remand Comments* (related document(s) 152 , 151 , 150 ). Filed by Matthew Mosher Nolan of Arent Fox LLP on behalf of Colakoglu Dis Ticaret A.S., Colakoglu Metalurji A.S.. (Nolan, Matthew) (Entered: 04/08/2020) |

| 04/13/2020 | view154 | Order entered on 4/13/2020, Slip Op. 20-47; The U.S. Department of Commerce's third remand results are sustained (related document(s) 152 , 151 , 148 , 150 , 153 ).(Goell, Geoffrey) (Entered: 04/13/2020) |
| 04/13/2020 | view155 | Order entered on 4/13/2020, Judgment Order issued (related document(s) 154 ).(Goell, Geoffrey) (Entered: 04/13/2020) |
| 06/10/2020 | view156 | Notice of Appeal of final judgment order of 4/13/2020 filed. (related document(s) 155 ). Filed by Patricia Mary McCarthy of U.S. Department of Justice on behalf of United States.(McCarthy, Patricia) (Entered: 06/10/2020) |

Slip Op. 20-47

## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| EREĞLI DEMIR VE ÇELIK FABRIKALARI T.A.Ş,<br><br>       Plaintiff,<br><br>  and<br><br>ÇOLAKOĞLU METALURJI A.S. AND ÇOLAKOĞLU DIS TICARET A.S,<br><br>       Consolidated Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>       Defendant,<br><br>  and<br><br>STEEL DYNAMICS, INC., ET AL.,<br><br>       Defendant-Intervenors. | Before: Mark A. Barnett, Judge<br>Consol. Court No. 16-00218 |

### OPINION

[The U.S. Department of Commerce's third remand results are sustained.]

Dated: April 13, 2020

Matthew M. Nolan and Jessica R. DiPietro, Arent Fox LLP, of Washington, DC, for Consolidated Plaintiffs Çolakoğlu Metalurji A.S. and Çolakoğlu Dis Ticaret A.S.

Patricia M. McCarthy, Assistant Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, of Washington, DC, for Defendant United States. With her on the brief were Joseph H. Hunt, Assistant Attorney General, and Jeanne E. Davidson, Director. Of counsel on the brief was Brandon J. Custard, Senior Attorney, Office of the Chief Counsel for Trade Enforcement and Compliance, U.S. Department of Commerce, of Washington, DC.

Paul C. Rosenthal, R. Alan Luberda, David C. Smith, and Joshua R. Morey, Kelley Drye & Warren LLP, of Washington, DC, for Defendant-Intervenor ArcelorMittal USA LLC.

Daniel L. Schneiderman, King & Spalding, LLP, of Washington, DC, for Defendant-Intervenor AK Steel Corporation.

Alan H. Price and Christopher B. Weld, Wiley Rein LLP, of Washington, DC, for Defendant-Intervenor Nucor Corporation.

Roger B. Schagrin and Christopher T. Cloutier, Schagrin Associates, of Washington, DC, for Defendant-Intervenors Steel Dynamics, Inc. and SSAB Enterprises LLC.

Thomas M. Beline and Sarah E. Shulman, Cassidy Levy Kent (USA) LLP, of Washington, DC, for Defendant-Intervenor United States Steel Corporation.

Barnett, Judge:  This matter is before the court following the U.S. Department of Commerce's ("Commerce" or "the agency") redetermination upon third court-ordered remand.  *See* Final Results of Redetermination Pursuant to Third Court Remand ("3rd Remand Results"), ECF No. 148-1.  Plaintiff Ereğli Demir ve Çelik Fabrikalari T.A.Ş. ("Erdemir") and Consolidated Plaintiffs Çolakoğlu Metalurji A.S. and Çolakoğlu Dis Ticaret A.S. (together, "Çolakoğlu") each challenged aspects of Commerce's final determination in the sales at less than fair value investigation of certain hot-rolled steel flat products from the Republic of Turkey.  *See Certain Hot-Rolled Steel Flat Products from the Republic of Turkey*, 81 Fed. Reg. 53,428 (Dep't Commerce Aug. 12, 2016) (final determination of sales at less than fair value; 2014–2015) ("*Final Determination*"), ECF No. 41-1, and accompanying Issues and Decision Mem., A-489-826 (Aug. 4, 2016), ECF No. 41-3, as amended by *Certain Hot-Rolled Steel Flat Products from Australia, Brazil, Japan, the Republic of Korea, the Netherlands, the Republic of Turkey, and the United Kingdom*, 81 Fed. Reg. 67,962 (Dep't Commerce Oct. 3, 2016) (am. final

Consol. Court No. 16-00218                                                          Page 3

aff. antidumping determinations for Australia, the Republic of Korea, and the Republic of
Turkey and antidumping duty orders), ECF No. 41-2.[1]  The court has issued three
opinions resolving the substantive issues raised in this case; familiarity with those
opinions is presumed.  *See Ereğli Demir ve Çelik Fabrikalari T.A.Ş v. United States*
("*Erdemir I*"), 42 CIT ___, 308 F. Supp. 3d 1297 (2018); *Ereğli Demir ve Çelik
Fabrikalari T.A.Ş v. United States* ("*Erdemir II*"), 42 CIT ___, 357 F. Supp. 3d 1325
(2018); *Ereğli Demir ve Çelik Fabrikalari T.A.Ş v. United States* ("*Erdemir III*"), 43 CIT
___, 415 F. Supp. 3d 1216 (2019).

      Briefly, *Erdemir I* remanded Commerce's *Final Determination* with respect to
Erdemir's home market date of sale; denial of Çolakoğlu's duty drawback adjustment;
and rejection of Çolakoğlu's corrections to its international freight expenses.  308 F.
Supp. 3d at 1328.  The court sustained the *Final Determination* in all other respects.  *Id.*
at 1329.  *Erdemir II* sustained Commerce's first redetermination with respect to the
agency's further explanation of its rejection of Çolakoğlu's freight expense corrections
and its decision to grant Çolakoğlu a duty drawback adjustment, but remanded
Commerce's method of calculating the adjustment.  357 F. Supp. 3d at 1336.
Commerce's redetermination respecting Erdemir's home market date of sale was
favorable to Erdemir and was not challenged.  *Id.* at 1328 n.4.  On remand pursuant to
*Erdemir II*, Commerce revised its method of calculating Çolakoğlu's duty drawback

---

[1] The administrative record filed in connection with the 3rd Remand Results is divided
into a Public Remand Record, ECF No. 149-1, and a Confidential Remand Record, ECF
No. 149-2.  Çolakoğlu filed a joint appendix containing record documents filed in Parties'
remand briefs.  J.A. to the 3rd Remand Redetermination, ECF No. 153.

adjustment in compliance with the court's opinion but made a circumstance of sale adjustment to normal value, increasing normal value by the same amount as the duty drawback adjustment. *Erdemir III*, 415 F. Supp. 3d at 1221. The court remanded the matter a third time for Commerce to recalculate normal value without making the circumstance of sale adjustment related to the duty drawback adjustment. *Id.* at 1232.

In the redetermination at issue here, Commerce has, under protest,[2] granted Çolakoğlu the duty drawback adjustment as requested in the underlying investigation and recalculated normal value to exclude the contested circumstance of sale adjustment. 3rd Remand Results at 1–2, 4. Commerce also made an upward adjustment to Çolakoğlu's cost of production pursuant to *Saha Thai Steel Pipe (Public) Co. v. United States*, 635 F.3d 1335, 1341–44 (Fed. Cir. 2011), to account for the implied cost of the unpaid duties for which Çolakoğlu remained liable until it satisfied the duty exemption program requirements. *Id.* at 4. The changes resulted in an estimated weighted-average dumping margin of zero percent for Çolakoğlu and, thus, Çolakoğlu will be excluded from the relevant antidumping duty order. *Id.* at 4–5.

Çolakoğlu and Defendant United States urge the court to sustain Commerce's 3rd Remand Results. Consol. Pls. [Çolakoğlu's] Cmts. on Remand Redetermination, ECF No. 150; Def.'s Resp. to Cmts. on Third Remand Redetermination, ECF No. 152. Defendant-Intervenors oppose the 3rd Remand Results. Def.-Ints.' Cmts. in Opp'n to

---

[2] By making the determination under protest, Commerce preserves its right to appeal. *See Meridian Prods. v. United States*, 890 F.3d 1272, 1276 n.3 (Fed. Cir. 2018) (citing *Viraj Grp., Ltd. v. United States*, 343 F.3d 1371, 1376 (Fed. Cir. 2003)).

the Commerce Dept's Third Remand Results ("Def.-Ints.' Cmts."), ECF No. 151.  For

the reasons discussed herein, the court will sustain Commerce's 3rd Remand Results.

JURISDICTION AND STANDARD OF REVIEW

The court has jurisdiction pursuant to subsection 516A(a)(2)(B)(i) of the Tariff Act

of 1930, as amended, 19 U.S.C. § 1516a(a)(2)(B)(i) (2012), and 28 U.S.C. § 1581(c).

The court will uphold an agency determination that is supported by substantial

evidence and otherwise in accordance with law.  19 U.S.C. § 1516a(b)(1)(B)(i).  "The

results of a redetermination pursuant to court remand are also reviewed for compliance

with the court's remand order."  *SolarWorld Ams., Inc. v. United States*, 41 CIT ___,

___, 273 F. Supp. 3d 1314, 1317 (2017) (citation and internal quotation marks omitted).

DISCUSSION

Defendant-Intervenors' opposition to the 3rd Remand Results consists solely of

its disagreement with the court's opinions in this proceeding.  *See* Def.-Ints.' Cmts. at 4–

5.  Defendant-Intervenors "continue to concur" with Commerce's initial decision to deny

Çolakoğlu a duty drawback adjustment and opine that, in granting the adjustment,

Commerce correctly limited Çolakoğlu's adjustment to U.S. price to an amount equal to

the upward adjustment to the cost of production.  *Id.* at 5.  Defendant-Intervenors

correctly recognize, however, that the court "will not re-visit these issues."  *Id*.

Commerce's redetermination complied with the court's order in *Erdemir III* by

recalculating normal value to exclude the circumstance of sale adjustment related to the

duty drawback adjustment to U.S. price.  *See* 3rd Remand Results at 4.  Commerce's

Consol. Court No. 16-00218                                                          Page 6

upward adjustment to the cost of production pursuant to *Saha Thai* is uncontested and

otherwise lawful.  *See id.*

### CONCLUSION

In accordance with the foregoing, Commerce's 3rd Remand Results will be

sustained.  Judgment will enter accordingly.

/s/      Mark A. Barnett
Mark A. Barnett, Judge

Dated: April 13, 2020
        New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**

EREĞLI DEMIR VE ÇELIK
FABRIKALARI T.A.Ş,

        Plaintiff,

   and

ÇOLAKOĞLU METALURJI A.S. AND
ÇOLAKOĞLU DIS TICARET A.S,

        Consolidated Plaintiffs,

    v.

UNITED STATES,

        Defendant,

   and

STEEL DYNAMICS, INC., ET AL.,

        Defendant-Intervenors.

Before: Mark A. Barnett, Judge
Consol. Court No. 16-00218

**<u>JUDGMENT</u>**

These consolidated cases having been duly submitted for decision, and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby

**ORDERED** that the U.S. Department of Commerce's final determination in the sales at less than fair value investigation of certain hot-rolled steel flat products from the Republic of Turkey, *see Certain Hot-Rolled Steel Flat Products from the Republic of Turkey*, 81 Fed. Reg. 53,428 (Dep't Commerce Aug. 12, 2016) (final determination of sales at less than fair value; 2014–2015), as amended by *Certain Hot-Rolled Steel Flat*

Consol. Court No. 16-00218                                                    Page 2

*Products from Australia, Brazil, Japan, the Republic of Korea, the Netherlands, the*

*Republic of Turkey, and the United Kingdom*, 81 Fed. Reg. 67,962 (Dep't Commerce

Oct. 3, 2016) (am. final aff. antidumping determinations for Australia, the Republic of

Korea, and the Republic of Turkey and antidumping duty orders), and as further

amended by each of the Final Results of Redetermination Pursuant to Court Remand,

ECF Nos. 105, 133, 148-1, is **SUSTAINED**.


                                        /s/      Mark A. Barnett
                                        Mark A. Barnett, Judge


Dated: April 13, 2020
          New York, New York